AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**RICK DALE FANNIN,**

        **Plaintiff,**

                          **JUDGMENT IN A CIVIL CASE**

**v.**

                          **CASE NO.   2:13-CV-1097**
**COMMISSIONER OF**          **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECUIRTY,**          **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

_____     **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

  X       **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION AND ORDER filed March 11, 2015, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings.**

Date:   March 11, 2015                      RICHARD E. NAGEL, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                           Courtroom Deputy Clerk