UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICK DALE FANNIN,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 2:13-cv-1097
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On January 6, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 25] recommending that the Court deny Plaintiff's Motion for Attorney Fees [ECF No. 22]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 25] is **ADOPTED**, and for the reasons set forth in that document, Plaintiff's Motion for Attorney Fees [ECF No. 22] is **DENIED**.

IT IS SO ORDERED.

_1-29-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE