UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RICK DALE FANNIN,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 2:13-cv-1097
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On February 12, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 30] recommending that the Court grant the Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) filed by Plaintiff's counsel [ECF No. 27, amended by ECF No. 28]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected.

Accordingly, the Report and Recommendation [ECF No. 30] is **ADOPTED**, and for the reasons set forth in that document, the Motion for Authorization of Attorney Fees [ECF No. 27, amended by ECF No. 28] is **GRANTED**. Plaintiff's counsel shall be awarded $5,111.56 as attorney fees under 42 U.S.C. § 406(b).

IT IS SO ORDERED.

3-1-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE